UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WINDLAND INTERNATIONAL, INC. §<br>D/B/A SUPER TIRE, §<br>   *Plaintiff*, §<br>§<br>v. §<br>§<br>TRANSJET CARGO LLC ET AL., §<br>   *Defendants*. § | CIVIL ACTION NO. 4:24-CV-01622 |

# MEMORANDUM AND RECOMMENDATION

In its Motion for Default Judgment, Plaintiff requested the Court dismiss its claims against Defendant Transjet Cargo LLC ("Transjet") with prejudice.[1] ECF 53 ¶ 14; ECF 53-1. Under the Federal Rules of Civil Procedure, a plaintiff can request a voluntary dismissal by court order. *See* Fed. R. Civ. P. 41(a). *See also Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002) ("[M]otions for voluntary dismissal should be freely granted unless the non-moving party will suffer some plain legal prejudice other than the mere prospect of a second lawsuit."). Plaintiff represents it settled with Transjet and that their agreement calls for the dismissal of Plaintiff's claims against Transjet with prejudice. ECF 51 ¶ 5; ECF 53 ¶ 14. Therefore, the Court RECOMMENDS that Plaintiff's request to dismiss its claims against Transjet be GRANTED and the claims against Transjet be DISMISSED WITH PREJUDICE.

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 10.

The Clerk of the Court shall send copies of the Memorandum and Recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(C). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on October 15, 2025, at Houston, Texas.

                                                  Christina A. Bryan
                                            United States Magistrate Judge