United States District Court
Southern District of Texas
**ENTERED**
October 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WINLAND INTERNATIONAL, INC. <br> D/B/A SUPER TIRE <br> *Plaintiff,* <br><br> V. <br><br> TRANSJET CARGO, LLC ET AL., <br> *Defendants* | § § § § § § § § § CIVIL ACTION NO. 4:24-cv-01622 |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDA AND RECOMMENDATIONS

Having reviewed the Magistrate Judge's Memoranda and Recommendations dated October 15, 2025 (Dkt. 54, 55) and no party having filed objections thereto, the Court is of the opinion that said Memoranda and Recommendations should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memoranda and Recommendations are hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff's request to dismiss its claims as cited in its Motion for Default Judgment (docket no. 53) against Transjet Carco LLC is **GRANTED** and the claims against Transjet Cargo LLC are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Plaintiff's Motion for Default Judgment (docket no. 53) is **GRANTED** against Defendant MPCO Carriers, Inc., only.

**SIGNED** at Houston, Texas this 30th day of October, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE